UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ILA BRUNER,

        Plaintiff,

-vs-                                          Case No.  5:06-cv-229-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.
_____/

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 19) recommending that the Commissioner of the Social Security's Motion to Dismiss, (Doc. 12), should be granted.  The report and the motion to dismiss are premised on the fact that the Plaintiff did not file her complaint within the applicable sixty (60) day time period following notification of her adverse decision by the ALJ.[1]   The Plaintiff has filed Objections, (Doc. 20), to which the Commissioner has responded.  (Doc. 21).  In short, the Plaintiff objects to the Magistrate Judge's report on the grounds that the Commissioner has waived its statute of limitations defense, and that the statute of limitations should be equitably tolled based on the Plaintiff's former attorney's negligence.

The Court has carefully considered the Plaintiff's Objections and the Commissioner's response, and has conducted an independent examination of the entire case file.  While

---

[1] See 42 U.S.C. § 405(g).

the Court is sympathetic to the Plaintiff's situation, it is beyond dispute that this case was filed outside the applicable statute of limitations and must be dismissed. Accordingly, the report and recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed and made a part hereof, and the Commissioner's Motion to Dismiss, (Doc. 12), is GRANTED. The Plaintiff's Objections, (Doc. 20), are OVERRULED. The Plaintiff's Motion for Leave to Reply to Response to Objections, (Doc. 22), is DENIED both on its merits and because it does not comply with Rule 3.01(d) of the Local Rules of the Middle District of Florida.

The Clerk is directed to enter judgment dismissing this case, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 12th day of September, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:  Hon. Gary R. Jones
            Counsel of Record